IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALT WINSTON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>MEDICAL DATA SYSTEMS, INC., d/b/a Medical Revenue Service,<br><br>     Defendant. | Case No. 3:22-CV-2692-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of January 23, 2023 (Doc. 12), reflecting settlement of this action in its entirety, and the Stipulation of Dismissal filed jointly by the parties on January 27, 2023 (Doc. 13), this action is **DISMISSED with prejudice** with each party to bear its own costs.

DATED:   January 30, 2023

                                           MONICA A. STUMP,
                                           Clerk of Court

                                           By:  s/ *Deana Brinkley*
                                                    Deputy Clerk

APPROVED:  _____
                    **NANCY J. ROSENSTENGEL**
                    **Chief U.S. District Judge**